AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
                                  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

15 U.S.C § 1 - Conspiracy in Restraint of Trade
(Counts One - Seven)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See Attachment

E-filing

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

┌─ DEFENDANT - U.S ─
│ ▶ SANG HUN KIM
│ DISTRICT COURT NUMBER
│ CR 11 0912

─── DEFENDANT ───  EMC

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No       give date
                          filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year _____

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:                                    } SHOW DOCKET NO.
   ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a
   pending case involving this same
   defendant                             MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this  }
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form   USDOJ, Antitrust Division
                    ☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Sidney A. Majalya, Trail Attorney

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

Individual:    SANG HUN KIM

15 U.S.C § 1 - Conspiracy in Restraint of Trade (Counts One - Seven)
<u>Maximum Penalties</u>:

1.    A fine in an amount equal to the largest of:

    A.    $1,000,000.00.

    B.    Twice the gross pecuniary gain derived from the crime.

    C.    Twice the gross pecuniary loss caused to the victims of the crime.

2.    A term of imprisonment for ten years.

3.    A term of supervised release of at least two years but not more than three years.

4.    $100 special assessment.

5.    Restitution.

SIDNEY A. MAJALYA (CA Bar No. 205047)
JACKLIN CHOU LEM (CA Bar No. 255293)
MANISH KUMAR (CA Bar No. 269493)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Fax: (415) 436-6687
sidney.majalya@usdoj.gov

E-filing

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0912

EMC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR |
| v. | ) **INFORMATION** |
| SANG HUN KIM, | ) VIOLATIONS:<br>) 15 U.S.C. § 1 - Conspiracy in Restraint of<br>) Trade (Counts One - Seven); |
| Defendant. | ) San Francisco Venue |

The United States of America, acting through its attorneys, charges:

SANG HUN KIM ("defendant"),

the defendant as follows:

1.      During the time periods relevant to this Information, the defendant was an employee of Hitachi-LG Data Storage, Inc. ("HLDS") and had responsibilities relating to optical disk drive ("ODD") sales.  Between 2005 and 2006 and between 2008 and September 2009, defendant was a Team Leader in charge of the Hewlett-Packard Company ("HP") account, and between 2003 and September 2009, he was a Team Leader in charge of the Dell, Inc. ("Dell") account.  In addition, beginning in January 2009, he was the Deputy Chief Marketing Officer for HLDS.

INFORMATION
U.S. v. KIM

- 1 -

2.     ODDs are devices that use laser light or electromagnetic waves to read and/or write data.  ODDs typically both read and write data, but some are only readers.  There are several types of ODDs, including the following: CD-ROM, CD-RW, DVD-ROM, DVD-RW, and Combo drives.  Optical disk drives can be manufactured according to varying specifications.  For example, ODDs are available in different heights (*e.g.,* half-height and slim), and use different types of interfaces to connect to a computer's motherboard (*e.g.,* Parallel Advanced Technology Attachment (PATA) and Serial Advanced Technology Attachment (SATA)).  HLDS and other ODD sellers typically sell their products to computer makers such as Dell and HP.

3.     Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

I.

## THE DELL PROCUREMENT EVENTS

4.     During the time periods relevant to Counts One and Two:

(a)     Dell hosted ODD procurement events in which the defendant and co-conspirators participated.  Dell was a major manufacturer of desktop and laptop computers, servers, and storage solutions marketed and sold to business enterprises and individual consumers.  Dell purchased ODDs that were incorporated into technology products sold by Dell to businesses and individuals.

(b)     Dell's ODD procurement events were competitive bidding events in which participants would be awarded varying amounts of ODD supply depending on where participants' pricing ranked in any particular event.

### COUNT ONE: 15 U.S.C. § 1 (Bid Rigging)

### FEBRUARY 2009 DELL PROCUREMENT EVENT

5.     Paragraphs 1 through 4 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

INFORMATION
U.S. v. KIM

6.     From approximately February 2009 to approximately July 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a February 2009 ODD procurement event held by Dell for the purchase of half-height SATA Tray DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

7.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's February 2009 ODD procurement event for half-height SATA Tray DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

<u>MEANS AND METHODS OF THE CONSPIRACY</u>

8.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

(a)     participating in meetings, discussions, and communications in the United States or elsewhere to discuss bidding strategies and prices of ODDs;

(b)     agreeing, during those meetings, discussions, and communications on how participants would bid on ODDs;

(c)     bidding on ODDs in accordance with the agreements reached;

(d)     exchanging information on sales, production, market share, capacity, and pricing of ODDs for the purpose of monitoring and enforcing adherence to the agreements and preparing for future conspiratorial discussions; and

(e)     authorizing, ordering, and consenting to the participation of subordinate employees in the conspiracy.

//

//

//

INFORMATION
U.S. v. KIM

## CO-CONSPIRATORS

9. Various corporations and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged in this Count and performed acts and made statements in furtherance of the offense.

## INTERSTATE TRADE AND COMMERCE

10. During the time period relevant to this Count, defendant and co-conspirators sold and distributed ODDs in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries from which the defendant and co-conspirators sold ODDs.

11. The business activities of the defendant and co-conspirators that are the subject of this Count were within the flow of, and substantially affected, interstate and foreign trade and commerce.

COUNT ONE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

## COUNT TWO: 15 U.S.C. § 1 (Bid Rigging)

## MAY 2009 DELL PROCUREMENT EVENT

12. Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

13. From approximately May 2009 to approximately September 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a May 2009 ODD procurement event held by Dell for the purchase of half-height DVD-RW and 12.7mm Tray DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

14. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's May 2009 ODD procurement event for half-height DVD-RW and 12.7mm Tray DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to

//

INFORMATION
U.S. v. KIM

- 4 -

provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding. COUNT TWO IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

## II.

## THE HP PROCUREMENT EVENTS

15.  During the time periods relevant to Counts Three through Nine:

(a)  HP hosted ODD procurement events in which the defendant and co-conspirators participated.  HP was a major manufacturer of computer hardware, software, and services marketed and sold to business enterprises and individual consumers.  HP purchased ODDs that were incorporated into technology products sold by HP to businesses and individuals.

(b)  HP's ODD procurement events were competitive bidding events in which participants would be awarded varying amounts of ODD supply depending on where participants' pricing ranked in any particular event.

## COUNT THREE: 15 U.S.C. § 1 (Bid Rigging)

## NOVEMBER 2005 HP PROCUREMENT EVENT

16.  Paragraphs 1 through 3, 8 through 11, and 15 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

17.  From approximately November 2005 to approximately April 2006, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a November 2005 ODD procurement event held by HP for the purchase of CD-ROM, CD-RW, DVD-ROM, and Combo drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

18.  The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's November 2005 ODD procurement event for CD-ROM, CD-RW, DVD-ROM, and Combo drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

INFORMATION
U.S. v. KIM

19.    The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California.

COUNT THREE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT FOUR: 15 U.S.C. § 1 (Bid Rigging)

AUGUST 2006 HP PROCUREMENT EVENT

20.    Paragraphs 1 through 3, 8 through 11, 15, and 19 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

21.    From approximately August 2006 to approximately December 2006, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for an August 2006 ODD procurement event held by HP for the purchase of half-height PATA and SATA DVD-ROM drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

22.    The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's August 2006 ODD procurement event for half-height PATA and SATA DVD-ROM drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT FOUR IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT FIVE: 15 U.S.C. § 1 (Bid Rigging)

MAY, AUGUST, AND NOVEMBER 2008 AND

FEBRUARY 2009 HP PROCUREMENT EVENTS

23.    Paragraphs 1 through 3, 8 through 11, 15, and 19 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

24.    From approximately May 2008 to approximately June 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for ODD procurement events held by HP for the purchase of half-height

INFORMATION
U.S. v. KIM

SATA DVD-RW drives in May 2008, August 2008, November 2008, and February 2009, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

25. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's May 2008, August 2008, November 2008, and February 2009 ODD procurement events for half-height SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement events; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT FIVE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

## COUNT SIX: 15 U.S.C. § 1 (Bid Rigging)

## JULY AND OCTOBER 2008 HP PROCUREMENT EVENTS

26. Paragraphs 1 through 3, 8 through 11, 15, and 19 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

27. From approximately July 2008 to approximately March 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for ODD procurement events held by HP for the purchase of 12.7mm SATA DVD-RW drives in July and October 2008, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

28. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's July and October 2008 ODD procurement events for 12.7mm SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement events; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT SIX IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

//

INFORMATION
U.S. v. KIM

COUNT SEVEN: 15 U.S.C. § 1 (Bid Rigging)

OCTOBER 2008 SUPPLEMENTAL HP PROCUREMENT EVENT

29.    Paragraphs 1 through 3, 8 through 11, 15, and 19 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

30.    From approximately October 2008 to approximately March 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a supplemental October 2008 ODD procurement event held by HP for the purchase of 12.7mm SATA DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

31.    The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's October 2008 ODD procurement event for 12.7mm SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT SEVEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

SHARIS A. POZEN
Acting Assistant Attorney General

SCOTT D. HAMMOND
Deputy Assistant Attorney General

JOHN TERZAKEN
Director of Criminal Enforcement

U.S. Department of Justice
Antitrust Division

MELINDA L. HAAG
United States Attorney
Northern District of California

PHILLIP H. WARREN
Chief, San Francisco Office

PETER K. HUSTON
Assistant Chief, San Francisco Office

SIDNEY A. MAJALYA
JACKLIN CHOU LEM
MANISH KUMAR
Trial Attorneys, San Francisco Office

INFORMATION
U.S. v. KIM