Miles Ehrlich (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
Katharine Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:    (510) 548-3600
Fax:             (510) 291-3060

*Attorneys for Defendant Sang Hun Kim*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANG HUN KIM,<br><br>    Defendant. | Case No.: CR-11-00912 RS<br><br>**STIPULATION TO CONTINUE COURT APPEARANCE AND [~~PROPOSED~~] ORDER** |

The parties hereby stipulate and ask the Court to find and order as follows:

  1.  Defendant is currently scheduled to appear before this Court on October 2, 2012, for imposition of judgment and sentence.

  2.  To date, the parties have not received the Final Presentence Report.  The parties have been advised that they will receive this report from probation by September

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING COURT APPEARANCE**
*UNITED STATES V. SANG HUN KIM;* **CR 11-00912 RS**

- 1 -

25, 2012.  Under Local Rule 32-5(a), probation was required to provide the Final Presentence report to the parties fourteen days prior to sentencing, September 18, 2012.

3.     In order to allow counsel for defendant time to review the Final Presentence Report, to submit its sentencing memoranda in accordance with the timing set out in Local Rule 32-5, and to preserve its ability to comment on the United State's sentencing memorandum, defendant respectfully requests that the sentencing be continued to 2:30 p.m. on October 9, 2012.

4.     The United States does not object to defendant's request.

5.     The assigned United States Probation Officer is available on that date for sentencing; the Court is also available on that date for sentencing.


**SO STIPULATED:**

DATED: September 25, 2012                    _____/s/_____.
                                             Miles Ehrlich
                                             Katharine Kates
                                             RAMSEY & EHRLICH LLP
                                             Attorneys for Sang Hun Kim



DATED: September 25, 2012                    _____/s/_____.
                                             Sidney Majalya
                                             Manish Kumar
                                             Department of Justice Antitrust Division



**SO ORDERED:**


DATED:  9/25/12                              _____.
                                             The Honorable Richard Seeborg
                                             United States District Judge


**STIPULATION AND [PROPOSED] ORDER CONTINUING COURT APPEARANCE**
*UNITED STATES V. SANG HUN KIM;* **CR 11-00912 RS**